1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 CARO MARKS, Bar #159267
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
CLEMENTE RUEDA CRUZ
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  ) No. Cr.S-10-354 EJG
)
12              Plaintiff,    ) **STIPULATION AND ORDER;**
) **CONTINUING STATUS CONFERENCE**
13     v.                     ) **AND EXCLUDING TIME**
)
14 CLEMENTE RUEDA CRUZ,       )
ARMANDO GARCIA ALEMAN,      ) Date: October 21, 2011
15                            ) Time: 10:00 a.m.
              Defendants.    ) Judge: Hon. Edward J. Garcia
16 _____ )

17     **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney WILLIAM WONG, Caro Marks, Counsel for Defendant CLEMENTE RUEDA

19 CRUZ, and Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN,

20 that the status conference scheduled for October 7, 2011, be vacated

21 and the matter be continued for a status conference/change of plea on

22 October 21, 2011 at 10:00 a.m..

23     Defense counsel have negotiated certain terms of the proposed plea

24 agreements. Counsel now need additional time to travel to Butte County

25 Jail with interpreters and review the plea agreements with the

26 defendants. Counsel also need to prepare the defendants for their

27 entries of plea.

28     Thus, it is stipulated by the parties that the court should

exclude the time period from the date of this order through and including October 21, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED**.

Dated: October 6, 2011                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Caro Marks
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant CLEMENTE CRUZ

Dated: October 6, 2011                /s/ Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for Defendant
                                      ARMANDO GARCIA ALEMAN

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: October 6, 2011                /s/ William Wong
                                      WILLIAM WONG
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 7, 2011, status conference hearing be continued to October 21,2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 21, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 6, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge